IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-MJ-119 |
| | ) | |
| MATTHEW BAILEY HASH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 13, 2019, the defendant appeared before a Magistrate Judge of this court with his attorney, Harry Dennis. The defendant, through counsel, moved the court to set a hearing to reconsider the denial of bond in Maryland. The motion was granted and a hearing to reconsider bond was set.

This case comes before the court today for a hearing to reconsider detention and grant bond in this case. The court heard argument and the motion for reconsideration and to grant bond is denied.

The defendant is remanded to the custody of the United States Marshal to await further proceedings in this case.

Entered this 19th day of June, 2019.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia